```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Mara Sabinson</u>

    v.                                                      Civil No. 05-cv-424-SM

<u>Dartmouth College Trustees</u>

## **O R D E R**

Granted (document no. 49) in part. Plaintiff responded to the defendant's motion for summary judgment without noting a need for essential additional discovery. Now plaintiff seems to claim (again) that the Harris deposition is necessary to resolution of the summary judgment motion. Defendant seems to tacitly agree, as it has rescheduled the deposition. The court is not inclined to deal with the issues raised in piecemeal fashion. The motion is granted as follows: Plaintiff may supplement her objection to defendant's summary judgment motion on or before May 18, 2007; defendant may file it's reply to plaintiff's objection and, if one is filed, her supplemental objection, on or before June 1, 2007. So ordered.

    **SO ORDERED.**

                                                      Steven J. McAuliffe
                                                      Chief Judge

April 20, 2007

cc:  K. William Clauson, Esq.
     George E. Spaneas, Esq.
     Bruce W. Felmly, Esq.
     Michael T. Pearson, Esq.